IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEPHEN BLAZCZAK and MARLENE
BLAZCZAK,

        Plaintiffs,                  No.: 10-cv-00467-GLL

v.

AMERICAN SECURITY INSURANCE
COMPANY,

        Defendant.

### STIPULATION AND CONSENT TO REMAND

AND NOW come the Plaintiffs, Stephen Blazczak and Marlene Blazczak, by and through their counsel, Elizabeth F. Collura, Esquire and Swensen Perer and Kontos, and file the within Stipulation and Consent to Remand, averring as follows:

1. On September 2, 2009, Plaintiffs initiated the above-captioned action with the filing of a Writ of Summons in the Court of Common Pleas of Allegheny County.

2. On March 23, 2010, Plaintiffs filed their Complaint in Civil Action in the Court of Common pleas of Allegheny County, Pennsylvania for (1) breach of insurance contract for failure to make payment for a covered loss; (2) engaging in bad faith conduct in violation of Pennsylvania's Bad Faith Statute, 42 Pa. C. S. A. §8371; and (3) violation of Pennsylvania's Uniform Trade Practices and Consumer Protection Law, 73 P.S. §202-2(4)(v) and (vii). The case was subsequently removed to the United States District Court for the Western District of Pennsylvania on the basis of diversity jurisdiction.

3. The parties hereby stipulate that the total of all damages recoverable by Plaintiffs in this case do not exceed the $75,000.00 threshold for federal jurisdiction. This stipulation applies to the total of all damages in this case, including but not limited to: actual damages, treble damages, attorneys fees, punitive damages, costs, interest, statutory damages, and all other categories of damages recoverable in the above captioned matter, and consent to the remanding of this case to the Court of Common Please of Allegheny County, Pennsylvania.

Respectfully Submitted,

SWENSEN PERER & KONTOS

Date: 5/17/10

_____
Elizabeth F. Collura Esq.
Pa. I.D. No. 206197
Swensen Perer and Kontos
Firm No. 262
One Oxford Centre, Ste 2501
Pittsburgh, PA 15219
(412)281-1970
Fax: (412)281-2808
ecollura@spkpowerlaw.com

Date: May 17, 2010

John P. Davis, III /s
John P. Davis, III, Esq.
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219
(412)261-6400
jpd@jgcg.com

AND NOW, this 17th day of May, 2010, IT IS SO ORDERED.

_____
Hon. Gary L. Lancaster,
Chief U.S. District Judge